1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7   JIM ELLIOTT,

8          Plaintiff,

9          vs.

10

11   JO ANNE B. BARNHART,
Commissioner of Social Security,

12

13          Defendant.

Civil  No.  C06-539-JLR

ORDER FOR REMAND

14          Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in

15   regard to Plaintiff's application for Supplemental Security Income disability benefits under Title

16

17   XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social

18   Security for further administrative proceedings pursuant to sentence four of 42 U.S.C.

19   § 405(g).  The administrative law judge's decision denying Plaintiff's application for disability

20   insurance benefits under Title II of the Social Security Act is affirmed.

21          DATED this 26th day of September, 2006.

22

23

24   _____
JAMES L. ROBART

25   United States District Judge

26

27

28   Page 1          ORDER - [C06-539-JLR]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2          ORDER - [C06-539-JLR]

1

2   Recommended for Entry this
22nd day of September, 2006.

3

4   /s/  JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

5

6

7   Presented by:

8   s/ STEPHANIE R. MARTZWSB # 28636
Special Assistant U.S. Attorney

9   Office of the General Counsel

10  701 Fifth Ave, Ste 2900
Seattle, WA 98104

11  Phone: (206) 615-2272
Fax: (206)615-2531

12  stephanie.martz@ssa.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 3          ORDER - [C06-539-JLR]